# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

HAROLD R. MERCHANT,

        Plaintiff,       :       Case No. 3:06-cv-347

                                         District Judge Walter Herbert Rice

    -vs-                           Chief Magistrate Judge Michael R. Merz

                               :

MONTGOMERY COUNTY CHILD
SUPPORT ENFORCEMENT
AGENCY, et al.,

        Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto[1] and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 22, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Complaint herein be dismissed without prejudice for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine as to Plaintiff's request to have this Court review any decisions of the Montgomery County Common Pleas Court, with prejudice for any claims against the Juvenile Court Magistrates in their individual capacities, without prejudice for failure to state a claim upon which relief can be granted as to the Child Support Enforcement

---

[1] On November 9, 2006, Plaintiff filed a letter (Doc. No. 4) asking to have his case heard by a jury, but he made no objections to the law cited by the Magistrate Judge.

Agencies and the magistrates in their official capacities, and without prejudice under 28 U.S.C. §1367 as to Defendant Davis Mesaros.

December 6, 2006.

                                                     /s/ Walter Herbert Rice
                                                     Walter Herbert Rice
                                                     United States District Judge